# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF LOUISIANA, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW ORK, CITY OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN ex rel. PANZEY BELGIUM HARRIS, and SMSPF, LLC | : : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION |
| v. | : : | |
| EMD SERONO, INC., PFIZER, INC. QUINTILES IMS HOLDINGS, INC. and RXC ACQUISITION COMPANY, d/b/a RXCROSSROADS | : : : : | NO. 16-5594 |

## ORDER

**NOW**, this 3rd day of April, 2019, upon consideration of the United States' Motion to Dismiss (Document No. 23), the relators' response, and the government's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.[1]

/s/TIMOTHY J. SAVAGE

---

[1] Dismissal is without prejudice to the United States.